UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |
_____

**This Document Relates to:**

*Robert Rodrigues and Doretta Dunegan v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, No. 3:13-cv-51168-DRH-SCW

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS

**HERNDON, Chief Judge:**

This matter is before the Court on the plaintiffs' motion to dismiss the claims of plaintiff Doretta Dunegan without prejudice. Plaintiff Robert Rodriguez wishes to proceed as a plaintiff on all other counts of the complaint. The plaintiffs state that the defendants do not oppose the motion.

Accordingly, the Court GRANTS the unopposed motion to dismiss the claims of plaintiff Doretta Dunegan. The claims of plaintiff Doretta Dunegan are dismissed without prejudice.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2014.02.06
16:42:19 -06'00'

**Chief Judge**                                              Date: February 6, 2014
**United States District Court**